IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS WATERBURY, | ) | 1:06-CV-00163-AWI-DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| vs. | ) | [Document #6] |
| | ) | |
| MARGARITA PEREZ, et al., | ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| | ) | [Documents #2. & #7) |
| Defendants. | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2006, plaintiff filed a motion to extend time to submit an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to the court's order of March 9, 2006. On April 17, 2006, plaintiff filed the application and copy of his trust account statement. Good cause having been presented to the court, plaintiff's motion to extend time shall be granted.

Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted a declaration that makes the showing required by § 1915(a).

1    Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

2    Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of $250.00 for this action. An initial partial filing fee of $11.43 be assessed by this order. See 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to extend time to file an application to proceed in forma pauperis and a certified copy of his prison trust account statement is GRANTED nunc pro tunc to April 13, 2006;

2. Plaintiff's request for leave to proceed in forma pauperis is granted; and

3. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff is assessed an initial partial filing fee of $11.43. The initial fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

IT IS SO ORDERED.

Dated:   May 23, 2006                      /s/ Dennis L. Beck
3c0hj8                                     UNITED STATES MAGISTRATE JUDGE

2